Announced Wednesday, November 25

38536. State Teachers Retirement Bd., appellant v. Board of Tax Appeals et al., appellees. Franklin County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Matthias, O'Neill, Griffith and Gibson, JJ., concur. Zimmerman and Herbert, JJ., dissent.

38617. William Edmondson, appellant v. Howard's Cleaners, appellee. Hamilton County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, O'Neill, Griffith, Herbert and Gibson, JJ., concur. Matthias, J., dissents.

38726. The State, ex rel. Paul J. Lynch v. James A. Rhodes et al. In Mandamus. Demurrer to amended petition overruled.

38772. The State, ex rel. George Gibala, appellant v. City of Brecksville et al., appellees. Cuyahoga County. Appeal from the Court of Appeals. Dismissed on application of appellant.

38943. James V. Conlan v. E. B. Haskins, Supt., London Correctional Institution. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, Griffith and Herbert, JJ., concur. O'Neill and Gibson, JJ., dissent.